**Order entered February 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01246-CR

**ALEXANDER JAMES GABRIEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81517-10**

## ORDER

The Court **REINSTATES** the appeal.

On January 9, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed and to review the accuracy of the certification of appellant's right to appeal. On January 31, 2014, we received the reporter's record and a supplemental clerk's record with an amended certification showing appellant has the right to appeal.

Appellant's brief is due within thirty days of the date of this order.


/s/　　LANA MYERS
　　　　JUSTICE